835

No. 81–2287. Woolery *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 81–2288. Speckter *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 81–2290. Cincinnati Association for the Blind *v.* National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 81–2291. Alexandro *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 81–2292. Air Express International Corp. *v.* National Labor Relations Board. C. A. 11th Cir. Certiorari denied.

No. 81–2293. Connecticut Light & Power Co. et al. *v.* Nuclear Regulatory Commission. C. A. D. C. Cir. Certiorari denied.

No. 81–2295. Bonello *v.* Ohio. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 81–2297. Ward *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 81–2298. Williams *v.* United States et al. C. A. 4th Cir. Certiorari denied.

No. 81–2300. Considine et vir *v.* United States. Ct. Cl. Certiorari denied.

No. 81–2301. Brenner, dba Teddy Brenner Enterprises *v.* World Boxing Council et al. C. A. 2d Cir. Certiorari denied.